# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147804(19)(20)

MICHIGAN FINANCE AUTHORITY,
    Plaintiff/
    Counter-Defendant-Appellant,

v

SC: 147804
COA: 318451
Ingham CC: 13-000528-CZ

HANS KIEBLER and DONOVAN VISSER,
    Defendants/
    Counter-Plaintiffs-Appellees.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's October 16, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2013



Clerk

d1112